APRIL 23, 1951.

No. 446. CREST SPECIALTY, A LIMITED PARTNERSHIP, *v.* TRAGER, DOING BUSINESS AS TOPIC TOYS, ET AL. Certiorari, 340 U. S. 928, to the United States Court of Appeals for the Seventh Circuit. Argued April 10, 1951. Decided

April 23, 1951. *Per Curiam:* The judgment is reversed. *Great Atlantic & Pacific Tea Co.* v. *Supermarket Equipment Corp.,* 340 U. S. 147. *Clarence E. Threedy* argued the cause and filed a brief for petitioner. *Max R. Kraus* argued the cause for respondents. With him on the brief was *Sidney Neuman.*